**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALBIRDIA D. BROWN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number | 17-12178 |

# Official Form 410S1
## Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 2092

**Court Claim no**. (if known): 13

**Date of Payment change:**
Must be at least 21 days after date Of this notice: 02/01/2019

**New total payment** $872.62
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[X] No

[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____   **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** ____ %   **New interest rate:** ____ %

**Current principal and interest payment:** $ ____   **New principal and interest payment:** $ ____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[ ] No

[X] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: Lender placed insurance eff. 10/5/18-10/5/19

**Current mortgage payment:** $ 715.62   **New mortgage payment:** $ 872.62

Debtor 1    ALBIRDIA D. BROWN                                                                                        Case number (if known) 17-12178

| **Part 4:** | **Sign Here** |
| --- | --- |

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[X]   I am the creditor.

[ ]   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ ELLEN POTE                                            Date     12/28/2018
    Signature

Print            ELLEN POTE                          Title    Bankruptcy Representative
Company      Ditech Financial LLC
Address       P.O. Box 6154
                    Rapid City, SD 57709-6154
Contact phone    888-298-7785                    Email    poc.team@ditech.com

<u>CERTIFICATE OF SERVICE</u>
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of Mississippi (Northern)

IN RE: Albirdia D. Brown                NO. 17-12178

      I hereby certify that on January 03, 2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

Albirdia D. Brown
293 Cherry Brown Lane
Ashland, MS 38603


Via filing with the US Bankruptcy Court's CM ECF system to the following:

Heidi Schneller Milam
P.O. Box 1169
Southaven, MS 38671

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

This is January 03, 2019

<u>/s/ Ellen Pote</u>
Ellen Pote
Bankruptcy Clerk
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com



| CERTIFICATE OF INSURANCE<br><br>AMERICAN BANKERS<br>INSURANCE COMPANY OF FLORIDA<br>11222 Quail Roost Drive, Miami, FL 33157 | NEW DECLARATION * * * * * * EFFECTIVE 10/05/18<br>12:01 AM, STANDARD TIME. |
|---|---|

| CERTIFICATE NUMBER | POLICY PERIOD | | TERM | ACCOUNT/AGENT NUMBER |
|---|---|---|---|---|
|  | FROM<br>10/05/18 | TO<br>10/05/19 | MONTHS<br>012 |  |

| BORROWER ACCOUNT/LOAN NUMBER | MASTER POLICY NUMBER |
|---|---|
|  |  |

| BORROWER NAME AND ADDRESS | MASTER POLICYHOLDER NAME AND ADDRESS |
|---|---|
| WENDELL BROWN<br>2199 LAMAR RD<br>ASHLAND, MS  38603 | DITECH FINANCIAL LLC<br>ITS AFFILIATES AND/OR ASSIGNS<br>P O  BOX 979282<br>MIAMI FL  33197 |

### DESCRIPTION OF PROPERTY

| YEAR | MODEL AND BODY TYPE | BORROWER DEDUCTIBLE | IDENTIFICATION NUMBER | MAXIMUM LIMIT OF LIABILITY |
|---|---|---|---|---|
| 1998 | CAVALIER HOMES  56148 | ** | ALCA13975 | $80,000 |

**Endorsements made a part of this Certificate of Insurance at time of issuance:**

COI0003C -08/16*, COI0033E -02/16*, COI0042E -05/16*, COI0231E -02/17*,
N8051   -04/15*

** DEDUCTIBLES:  $500 FOR WINDSTORM/HAIL/FLOOD, 10% OF THE LIMIT OF
   LIABILITY FOR EARTHQUAKE DAMAGE, AND $250 FOR ALL OTHER PERILS

### PREMIUM

| | |
|---|---|
| BASIC PREMIUM | $1,363.00 |
| VACANT HOME COVERAGE | $50.00 |
| TOTAL PREMIUM | $1,413.00 |

**THIS IS A COLLATERAL PROTECTION CERTIFICATE OF INSURANCE. IT DOES NOT PROVIDE ANY LIABILITY COVERAGE AND IT MAY NOT FULLY PROTECT THE BORROWER'S INTERESTS.**

NOTE: THIS COVERAGE WILL TERMINATE IF THE LOAN IS PAID OFF.

**ACCOUNT/AGENT ADDRESS:**

ASSURANT INSURANCE AGENCY
440 MOUNT RUSHMORE ROAD

RAPID CITY SD 55701

COUNTERSIGNED: 12/17/18

BY ----------------------------
AUTHORIZED REPRESENTATIVE

COI0002D-0516      BORROWER COPY

CA07AB01.DOD-0416            CIACIMCE.DOD-0916