| **Fill in this information to identify the case:** |
|---|
| Debtor 1      Albirdia D. Brown |
| Debtor 2 |
| United States Bankruptcy Court for the: Northern District of Mississippi |
| Case number :    17-12178-JDW |

## Official Form 410S1

# Notice of Mortgage Payment Change                                                                                                        12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **Ditech Financial LLC** | **Court claim no.** (if known): | **13** |
|---|---|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: | **1161** | **Date of payment change:** Must be at least 21 days after date of this notice | **08/01/2019** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$911.87** |

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    [ ] No

    [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:** **$0.00**            **New escrow payment:** **$196.25**

### Part : 2    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [X] No

    [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:**                                **New interest rate:**
    **Current Principal and interest payment:**  **New principal and interest payment:**

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X] No

    [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

    Reason for change:

    **Current mortgage payment:**                **New mortgage payment:**

Official Form 410S1                                **Notice of Mortgage Payment Change**                                page 1

Debtor 1  Albirdia D. Brown  
        First Name    Middle Name    Last Name

Case number (if known)   17-12178-JDW

**Part 4:**  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Julian Cotton                                                                                          Date 07/10/2019  
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

IN RE: ALBIRDIA D. BROWN                               No: 17-12178-JDW
                                                       CHAPTER 13
       Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 10th day of July, 2019.

/S/ Julian Cotton

_____
JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 17-12178-JDW)

Debtor
Albirdia D. Brown
293 Cherry Brown Lane
Ashland, MS 38603

Attorney
Heidi Schneller Milam
P.O. Box 1169
Southaven, MS 38671

Trustee
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

US Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201



**Annual Escrow Account Disclosure Statement**

P.O. Box 15009
Tempe, AZ 85284-0109

Statement Date: 06/06/2019
Your Loan Account Number: ▇▇▇▇

**Questions?**

View your detailed, up-to-date escrow transactions online at **myaccount.ditech.com**

Call Customer Service at **1-800-643-0202**
Monday-Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 5 p.m. ET

WENDELL W BROWN
ALBIRDIA D BROWN
293 CHERRY BROWN LN
ASHLAND MS  38603-7994

## SECTION 1   WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums. This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has a **shortage of $942.00**. Once we pay your upcoming insurance and/or tax payments, your escrow account will fall below the required minimum balance. See Section 4 for details. Your monthly mortgage payment is also changing **August 01, 2019**. Your new payment amount depends on which option below you choose:

**OPTION 1: Pay Shortage Now**
- Pay in full by check or money order by **Jul. 25, 2019**.
- Your new monthly mortgage payment will be $833.37.

**OPTION 2: Spread Shortage Over 12 months (No action required)**
- Add $78.50 per month for 12 months to mortgage payment.
- Your new monthly mortgage payment will be $911.87.

## SECTION 2   WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | OPTION 1 New Payment | OPTION 2 New Payment |
|---|---|---|---|---|
| Due Date | 09/01/2018 |  | 08/01/2019 | 08/01/2019 |
| Principal and Interest | $715.62 |  | $715.62 | $715.62 |
| Escrow Payment | $0.00 | ↑ $117.75 | $117.75 | $117.75 |
| Escrow Shortage |  |  |  | $78.50 |
| **TOTAL** | **$715.62** | **↑ $117.75** | **$833.37** | **$911.87** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

Combined Property Insurance     $1,413.00
**TOTAL OUTGOING PAYMENTS**     $1,413.00 ÷ 12 months = **$117.75 Monthly Escrow**

## SECTION 3   WHAT DO I NEED TO DO?

**TO PAY YOUR SHORTAGE NOW**
- Send a check or money order in the amount of $942.00, payable to Ditech Financial LLC by **Jul. 25, 2019**.
- Please write your Loan Account Number and "Escrow Shortage" on the check.
- Send the coupon at the bottom of this statement along with your check in the enclosed envelope.
- Unfortunately, you cannot make your escrow shortage payment online or over the phone.

**TO SPREAD YOUR SHORTAGE OUT**

No action is needed to spread your shortage payments out. If we don't receive a shortage check or money order from you, we'll automatically add shortage payments of $78.50 to your monthly payment.

**REMINDER**
If you use automatic bill pay, please contact your bank to adjust your mortgage payment amount, due August 01, 2019.

---



Please detach this escrow shortage coupon, write your loan number and "Escrow Shortage" on a check or money order made payable to **Ditech Financial LLC**, and mail both in the enclosed envelope with the mailing address visible in the window.



**ESCROW SHORTAGE COUPON**
This coupon and mailing address are for your escrow shortage payment only. **DO NOT use for your regular monthly mortgage payment.**

**LOAN ACCOUNT NUMBER:** ▇▇▇▇

WENDELL W BROWN
ALBIRDIA D BROWN
293 CHERRY BROWN LN
ASHLAND MS  38603-7994

Escrow Shortage Amount Due and Enclosed:     **$942.00**

DITECH FINANCIAL LLC
PO BOX 7153
PASADENA, CA 91109-7153

| SECTION 4 | HOW IS MY ESCROW SHORTAGE CALCULATED? |
|---|---|

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. We then calculate the amount you'll likely need in escrow to pay these bills. To determine if you have enough funds in your escrow account, we use this formula:

|  |  |  |
|---|---|---|
| Lowest Projected Balance | -$706.50 | (in gray below) |
| - Minimum Escrow Balance | $235.50 | (in gray below) |
| **Shortage Amount** | **-$942.00** |  |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $235.50.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed in Your Account |
|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  | -$706.50 | $235.50 |
| 08/19 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 09/19 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 10/19 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 11/19 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 12/19 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 01/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 02/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 03/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 04/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 05/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 06/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| 07/20 | $117.75 | $117.75 | HAZARD INS | -$706.50 | $235.50 |
| **Ending Balance** |  |  |  | -$706.50 | $235.50 |
| **TOTAL** | $1,413.00 | $1,413.00 |  |  |  |

| SECTION 5 | WHAT HAPPENED SINCE MY LAST ESCROW REVIEW? |
|---|---|

In this table, you can see payments you made into your escrow account and outgoing payments we made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

| Date | What You Actually Paid to Escrow | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  |  |  | $0.00 | $0.00 |
| 05/19 |  |  | $471.00 |  | HAZARD INS | -$471.00 | $0.00 |
| 06/19 |  |  | $117.75 E |  | HAZARD INS | -$588.75 | $0.00 |
| 07/19 |  |  | $117.75 E |  | HAZARD INS | -$706.50 | $0.00 |
| **Ending Balance** |  |  |  |  |  | -$706.50 | $0.00 |
| **TOTAL** | $0.00 | $0.00 | $706.50 | $0.00 |  |  |  |

E = estimated future payment

| SECTION 6 | ADDITIONAL MESSAGES |
|---|---|

**To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.**